MARGARET FARLOW *v.* THE ANDREWS CORPORATION
ET AL.

The motion by the named defendant to dismiss the appeal from the Superior Court in Hartford County is denied.

*Snow G. Munford,* for the appellee (named defendant).

*Morton C. Hansen,* for the appellant (plaintiff).

Argued October 5—decided October 5, 1965

RUTH KEKAC *v.* THE NEW YORK, NEW HAVEN AND
HARTFORD RAILROAD COMPANY

The "Request and motion to the Supreme Court of Errors for judgment on appeal 5187, notwithstanding the verdict of March 16, 1962" is dismissed.

*Ruth Kekac,* pro se, the appellant (plaintiff).

*John D. McHugh,* for the appellee (defendant).

Argued October 5—decided October 5, 1965

MORGAN GUARANTY TRUST COMPANY OF NEW YORK,
TRUSTEE (ESTATE OF JONATHAN PETERSON) *v.*
MARION P. HEISER ET AL.

The motion by Edward Butler to withdraw as counsel for the Bank of New York as cotrustee in the reservation by the Superior Court in Fairfield County at Stamford is granted.

*Edward Butler,* for the defendant Bank of New York as cotrustee.

*Eunice M. O'Neill,* for the defendant Bank of New York as cotrustee.